## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL MONTERO,                  ) | |
|                      ) | |
|         Petitioner,        ) | |
|                      ) | |
| vs.                        ) | CIVIL NO. 05-579-JPG |
|                      ) | |
| GEORGE W. BUSH, GEORGE W. BUSH,  ) | |
| JR., WILLIAM JEFFERSON CLINTON,  ) | |
| MR. FORD and MR. CARTER,       ) | |
|                      ) | |
|         Respondents.      ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Petitioner, an inmate in the United States Penitentiary in Leavenworth, Kansas, brings this habeas corpus action pursuant to 28 U.S.C. § 2241. He also seeks leave to proceed *in forma pauperis* (Doc. 2).

This case is now before the Court for a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in United States District Courts.  Rule 4 provides that upon preliminary consideration by the district court judge, "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court, the judge shall make an order for its summary dismissal and cause the petitioner to be notified."  Rule 1(b) of those Rules gives this Court the authority to apply the rules to other habeas corpus cases.  After carefully reviewing the petition in the present case, the Court concludes that Petitioner is not entitled to relief, and the petition must be dismissed.

In this action, Petitioner names five different Presidents of the United States as respondents,

but the Court is unable to determine what issues are raised in the petition, or what relief Petitioner

seeks.  The petition briefly mentions the electoral law of 1823, includes the text of Article II of the

Constitution, and has a photograph of Timothy McVeigh attached as an exhibit, but Petitioner does

not indicate why these pieces of information are relevant to whatever undisclosed reasons he had

for filing this action.

In summary, this habeas corpus action is incomprehensible, and it does not survive review

under Rule 4.  Accordingly, the motion for leave to proceed *in forma pauperis* is **DENIED**, and this

action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

**Dated: September 19, 2005.**

**s/ J. Phil Gilbert**
**U. S. District Judge**